

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
| ROYCE JACKMAN, | | No. 08-14-00176-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 168th Judicial District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso, Texas |
| | § | |
| State. | | (TC# 20120D01661) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **April 4, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Gandara, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before April 4, 2015.

IT IS SO ORDERED this 2nd day of March, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.